United States District Court
Southern District of Texas
**ENTERED**
April 15, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JOSE MATA, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 1:20-cv-00019 |
| | § | |
| STATE OF TEXAS, | § | |
|     Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 8) in the above-captioned case. The R&R recommended the following: (1) dismiss the case without prejudice; and (2) close the case.

Objections were due March 24, 2020. No objections were filed by either party. A "clearly erroneous, abuse of discretion and contrary to law" standard of review is appropriate when there has been no objection to the magistrate's ruling. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

As a result, Jose Mata's cause of action against the State of Texas is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is **ORDERED** to close this case.

Signed on this **15th** day of **April**, 2020.

_____
Rolando Olvera
United States District Judge